Sarah A. Noe (036283)
Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:   602.798.5400
Facsimile:   602.798.5595
noes@ballardspahr.com

*Attorney for Defendant Specialized Loan Servicing, LLC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sammy Cruz,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Cameron Financial Group, Inc, a California corporation and Specialized Loan Servicing, LLC, a California limited liability company.<br><br>　　　　Defendants. | Case No.<br><br>**NOTICE OF REMOVAL**<br><br>Removed from the Superior Court of the State of Arizona in and for the County of Maricopa<br>Case No. CV2023-051765 |

**TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA:**

**PLEASE TAKE NOTICE THAT** pursuant to Sections 1441(b) and 1332 of Title 28 of the United States Code, Defendant Specialized Loan Servicing, LLC ("SLS") hereby removes the action entitled *Sammy Cruz v. Cameron Financial Group, Inc. and Specialized Loan Servicing, LLC*, Superior Court of the State of Arizona for the County of Maricopa Case No. CV 2023-051765 (the "Action"), to the United States District Court for the District of Arizona on the following grounds:

　　　　1.　　<u>Removal Is Timely</u>.  On May 10, 2023, plaintiff Sammy Cruz ("Plaintiff") filed the Verified Complaint in the Action, which Plaintiff served on SLS via hand delivery on May 18, 2023.  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings, process and orders served on SLS in the Action, including the Verified Complaint, Summonses, and Plaintiff's Certificate of Compulsory Arbitration are

attached hereto respectively as Exhibits A, B, and C, respectively. SLS has timely filed this Notice of Removal within thirty days of service of the Complaint. *See* 28 U.S.C. § 1446(b). SLS also submits herewith, as Exhibit D, a true and correct copy of the docket for the Action from June 15, 2023. SLS also submits true and correct copies of the Notice of Appearance for undersigned counsel, Exhibit E and Affidavit of Service, Exhibit F.

2. <u>The Court Has Diversity Jurisdiction Over the Action</u>. Removal of this action to the United Stated District Court for the District of Arizona is proper pursuant to 28 U.S.C. §§ 1441 and 1332 because there is complete diversity between Plaintiff and Defendants and the amount in controversy exceeds $75,000.00.[1]

3. Plaintiff allege damages relating to the Second Loan, defined in the Verified Complaint, which has a balance in excess of $300,000. *See* Ex. A at ¶¶ 22, 28, and 31.

4. This action is between citizens of different states.

5. Both currently, and at the time the Action was filed, Plaintiff resided in and is a citizen of Maricopa County, Arizona.

6. Defendant SLS is a limited liability company formed under the laws of the State of Delaware, and has its principal place of business within the State of Colorado. The sole member of SLS is Specialized Loan Servicing Holdings LLC, which in turn is a wholly owned subsidiary of Computershare Limited.

7. Computershare Limited is a foreign corporation formed under the laws of the nation of Australia and has its principal place of business within the nation of Australia. As a result, SLS is deemed to be a citizen of the nation of Australia. *See* 28 U.S.C. § 1332(c)(1); see also *Zambelli Fireworks Mfg. Co. v. Wood,* 592 F.3d 412, 420 (3d Cir. 2010) ("every federal court of appeals to address the question has concluded that

---

[1] Although Plaintiff has named fictitious corporations as Defendants, under 28 U.S.C. § 1441, the citizenship of defendants sued under fictitious names shall be disregarded in determining whether a civil action is removable on the basis of the jurisdiction under section 28 U.S.C. § 1332(a)

a limited liability company, as an unincorporated business entity, should be treated as a partnership for purposes of establishing citizenship. . . . Accordingly, the citizenship of an LLC is determined by the citizenship of its members."); *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998) ("the citizenship of an LLC for purposes of the diversity jurisdiction is the citizenship of its members.").

8. As set forth above, there is complete diversity of citizenship as between Plaintiff and SLS, because SLS is not a citizen of the State of Arizona. *See Zambelli Fireworks*, 592 F.3d at 419.

9. Upon information and belief, Defendant Cameron Financial Group, Inc. is a California corporation with its principal place of business in San Luis Obispo, California.

10. <u>No Consent Necessary</u>.  SLS is the only named defendant in this action that has been served as of the date of this filing and thus need not obtain consent from Defendant Cameron Financial Group, LLC.  *See* 28 U.S.C. § 1446(b)(2).  Therefore, SLS may remove this Action.

11. <u>Venue Is Proper In This Court</u>.  This Court is the proper district court for removal because the Superior Court of the State of Arizona for the County of Maricopa is located within the United States District Court for the District of Arizona.  *See* 28 U.S.C. § 1441(a).

12. <u>Notice Will Be Effected</u>.  SLS is simultaneously filing a copy of this Notice of Removal with the Superior Court of the State of Arizona for the County of Maricopa. SLS will serve Plaintiff with copies of this Notice of Removal and the Notice filed in state court.

WHEREFORE, pursuant to these statutes, SLS prays that the above entitled action in the Superior Court of Arizona for the County of Maricopa be removed to this Court.

RESPECTFULLY SUBMITTED this 15th day of June, 2023.

                BALLARD SPAHR LLP

                By: */s/ Sarah A. Noe*
                    Sarah A. Noe (036283)
                    1 East Washington Street, Suite 2300
                    Phoenix, AZ 85004-2555

                    *Attorneys for Defendant Specialized Loan Servicing, LLC.*

**VERIFICATION OF SARAH A. NOE**

Per LRCiv 3.6(b), I verify under penalty of perjury that the state court Action records attached to this Notice of Removal are true and correct copies of all documents served on Specialized Loan Servicing, LLC in <u>Sammy Cruz v. Cameron Financial Group, Inc. and Specialized Loan Servicing, LLC</u>, Superior Court of the State of Arizona for the County of Maricopa Case No. CV 2023-051765.

Dated: June 15, 2023          */s/ Sarah A. Noe*
                                           Sarah A. Noe

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004-2555
Telephone: 602.798.5400

## CERTIFICATE OF SERVICE

I certify that on this 15th day of June, 2023, I electronically filed the foregoing document via the court's CM/ECF electronic filing system. A complete copy of the foregoing sent via email this same date to the following:

Christopher J. Charles
Joseph V. Aulicino
14646 N. Kierland Boulevard, Suite 230
Scottsdale, AZ 85254
fileclerk@providentlawyers.com
*Attorneys for Plaintiff*

On June 16, 2023, a COPY of the foregoing was sent out via U.S. Mail to the following:

Christopher J. Charles
Joseph V. Aulicino
14646 N. Kierland Boulevard, Suite 230
Scottsdale, AZ 85254
*Attorneys for Plaintiff*

*/s/ Vicki L. Morgan*